UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

| | |
|---|---|
| KENNETH VAN ETTEN, | **ECF CASE** |
| Plaintiff, | Docket #: |
| -against- | **COMPLAINT**<br>Plaintiff Demands<br>Trial by Jury |
| TALIA SALTZ and ARI SHABAT, | |
| Defendants. | |

----------------------------------------------------------------------X

Plaintiff KENNETH VAN ETTEN, ("Plaintiff") by his attorneys, ROBINSON YABLON COOPER & BONFANTE, LLP as and for his complaint herein, sets forth that on August 16, 2023, at approximately 1:15 P.M. on Central Avenue at or near its intersection with Nassau Expressway, Village of Lawrence, New York:

## BASIS OF JURISDICTION & VENUE

1. The jurisdiction of this Court is predicated upon diversity of citizenship pursuant to 28 U.S.C. §1332, 28 U.S.C., §1391 (a)(2) and 28 U.S.C. §1391 (b)(2) as the dispute involves parties from different States, damages are in excess of this Court's jurisdictional limits and a substantial part of the events or omissions giving rise to the claim occurred in the Eastern District of New York.

2. Venue is appropriate in the Eastern District of New York pursuant to 28 U.S.C. §1402(b) inasmuch as the wrong complained of occurred within the Eastern District of New York. Furthermore, pursuant to 28 U.S.C. §1391(b) and (c), at the time this claim arose defendants were located in the Eastern District of New York, which is where a substantial part of

the events or omissions giving rise to this claim occurred, and that defendants have sufficient contacts with the Eastern District of New York to subject them to jurisdiction here.

## CAUSE OF ACTION

3. That at all times hereinafter mentioned, plaintiff Kenneth Van Etten was a resident of New York State.

4. That at all times hereinafter mentioned, defendant Talia Saltz was a resident of the State of Illinois.

5. That at all times hereinafter mentioned defendant Ari Shabat was a resident of the State of Illinois.

6. That on August 16, 2023, Plaintiff Kenneth Van Etten was the owner and operator of a 2015 Nissan motor vehicle registered in the State of New York bearing license plate number KPK6219.

7. That on August 16, 2023, defendant Talia Saltz was the permissive operator of a 2018 Buick Encore Sport Utility motor vehicle registered in the State of Illinois bearing license plate number DB32592.

8. That on August 16, 2023, defendant Ari Shabat was the owner of the 2018 Buick Encore motor vehicle registered in the State of Illinois bearing license plate number DB32592.

9. That Central Avenue at or near its intersection with Nassau Expressway, Village of Lawrence, New York was and still is a public roadway and thoroughfare.

10. That on August 16, 2023, at approximately 1:15 P.M. on Central Avenue at or near its intersection with Nassau Expressway, Village of Lawrence, New York, the 2018 Buick Encore motor vehicle operated by defendant Talia Saltz and owned by defendant Ari Shabat,

violently collided into the rear of plaintiff Kenneth Van Etten's motor vehicle causing him to suffer serious injuries as defined by law.

11. That this collision, which resulted in serious, severe, disabling, and permanent injuries to plaintiff Kenneth Van Etten, was caused solely by the negligence, carelessness, and recklessness of defendants Talia Saltz and Ari Shabat in the ownership, operation, maintenance, control and entrustment of its 2018 Buick Encore motor vehicle.

12. That this collision was caused solely by the negligence, carelessness, and recklessness of defendants Talia Saltz and Ari Shabat in the ownership, operation, maintenance, control, and entrustment of its 2018 Buick Encore motor vehicle without any negligence, carelessness or recklessness on the part of plaintiff Kenneth Van Etten contributing thereto.

13. That as a result of defendants' negligence, carelessness, and recklessness, plaintiff Kennet Van Etten suffered a serious injury as defined in New York State Insurance Law §5102(d).

14. That the limitations on liability set forth in CPLR §1601 do not apply to this action.

15. That the limitations on liability set forth in CPLR §1601 do not apply to this action by reason of one or more of the exemptions set forth in CPLR §1602, including, but not limited to CPLR §1602(6) and CPLR §1602(7).

**WHEREFORE**, plaintiff KENNETH VAN ETTEN demands judgment against defendants TALIA SALTZ and ARI SHABAT, in an amount of $2,000,000.00.

Dated: New York, New York
March 12, 2025

Yours, etc.,

**ROBINSON YABLON**
**COOPER & BONFANTE, LLP**

By:______________________
Jared R. Cooper, Esq. (JC 2975)
*Attorneys for Plaintiff*
232 Madison Avenue, Suite 909
New York, New York 10016
(212) 725-8566