UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KENNETH VAN ETTEN

**Case No.: 2:25-cv-01407-AMD-LGD**

Plaintiffs,

-against-

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

TALIA SALTZ and ARI SHABAT

Defendants.

--------------------------------------------------------------- ---X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties and their respective counsels, that due to the absence of subject matter jurisdiction based upon complete diversity of the parties, the above-captioned action is voluntarily dismissed against these defendants, without prejudice, and without costs or disbursements as against any party, and is to be recommenced in New York State Supreme Court, County of Queens, pursuant to CPLR §503(a).

**IT IS FURTHER STIPULATED AND AGREED,** that counsel for the defendants shall accept service of plaintiffs' Summons and Complaint via electronic mail and will serve responsive pleadings and demands upon plaintiff's counsel within 30 days of receipt of plaintiff's pleadings.

Dated: New York, New York
July 14, 2025

**ROBINSON YABLON COOPER & BONFANTE, LLP**

BY: ______________________
ANDREW R. LEDER, ESQ.
Attorneys for Plaintiff
KENNETH VAN ETTEN
232 Madison Avenue, Suite 909
New York, NY 10016
(212) 725-8566

**KELLY, RODE & KELLY, LLP**

BY: Emma E. Browning
EMMA E. BROWNING, ESQ.
Attorneys for the Defendants
TALIA SALTZ and ARI SHABAT
330 Old Country Road-Suite 305
Mineola, New York 11501
(516) 739-0400

**Case No.: 2:24-cv-01407-AMD-LGD**

**STIPULATION OF
VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

SO ORDERED:

_________________________
HON. LEE G. DUNST
UNITES STATES MAGISTRATE JUDGE

Central Islip, New York